

# Department of Taxation and Finance
## BANKRUPTCY UNIT

March 5, 2021

Norma E. Ortiz
Ortiz & Ortiz, LLP
35-10 Broadway Suite 201
Astoria, NY 11106

Re:  Wanda Marzan
     20-11344
     Adversary proceeding No. 20-01328 scc

Dear Sir or Madam:

New York State Department of Taxation and Finance does not oppose the relief requested in the above adversary proceeding filed on December 2, 2020.

Sincerely,

D. Rodriguez
MW

D. Rodriguez
TSS 1
(518) 457-3160

cc:
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

RECEIVED MAR 17 2021